# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>    Plaintiff,<br><br>v.<br><br>Joe's Pizza On Sunset, LLC; and Does 1-10,<br><br>    Defendant | Case No. 2:19-cv-10081-DSF-AGR<br><br>**CONFIDENTIALITY PROTECTIVE ORDER** |

Pursuant to stipulation of the parties, it is hereby ordered that the provisions of their Stipulated Protective Order shall apply to all discovery in this litigation, to govern the use and dissemination of exchanged information, documents, and other tangible items designated as confidential information.

**IT IS SO ORDERED.**

Dated: June 12, 2020

*/s/ Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge

-1-