# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>    Plaintiff,<br><br>        v.<br><br>JOE'S PIZZA ON SUNSET, LLC, et al.,<br>    Defendants. | CV 19-10081 DSF (AGRx)<br><br>Order DISMISSING Case Without Prejudice for Lack of Prosecution |

    On February 8 and February 22, 2022, respectively, the Court denied Defendant's motion for judgment on the pleadings and Plaintiff's motion for summary judgment. After this, Plaintiff did nothing to prosecute the case for almost a year. On January 5, 2023, the Court ordered the parties to meet-and-confer and provide a proposed schedule for future case management dates. The order specifically noted that a failure to submit a proposed schedule by January 18, 2023, would result in dismissal for lack of prosecution. As of the date of this order, no proposed schedule has been filed nor has any request for a continuance been filed. Therefore, the case is DISMISSED without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Date: February 16, 2023

                                                                 Dale S. Fischer<br>
                                                                 United States District Judge