# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>    Plaintiff,<br><br>    v.<br><br>JOE'S PIZZA ON SUNSET, LLC, et al.,<br>    Defendants. | CV 19-10081 DSF (AGRx)<br><br>JUDGMENT |

The Court having dismissed the case for lack of prosecution,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: February 16, 2023

_____
Dale S. Fischer
United States District Judge